Nellie Davis, as Administratrix, etc., Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Joseph F. Graupe, Appellant, v. Erhardt Lauffer, Respondent.— Order affirmed, without costs. All concurred, except Foote and Merrell, JJ., who dissented.

In the Matter of the Application for the Construction of the "Second Clause" of the Last Will and Testament of William W. Phipps, Deceased. Clara E. Phipps, Appellant; Frank W. Phipps and Another, Respondents. — Decree modified so as to construe the will to include in the homestead the tenant place, so called, and as so modified affirmed, with costs to all parties payable out of the estate. All concurred, except Robson and Foote, JJ., who dissented and voted for affirmance.

Jacob Wahowicz, Respondent, v. United States Cast Iron Pipe and Foundry Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Peter Yousey, Respondent, v. Queen Insurance Company of America, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edward H. Burke and Another, Appellants, v. The Travelers Insurance Company, Respondent.— Judgment affirmed, with costs. All concurred.

Paulina Rehl, as Administratrix, etc., Respondent, v. Erie Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Henry P. Neun, Appellant, v. B. H. Bacon Company, Respondent.— Judgment affirmed, with costs. All concurred.

Glenn M. Rees and Another, Respondents, v. Trinity Presbyterian Church, Appellant.— Judgment and order affirmed, with costs. All concurred.

Fred M. Miller, Respondent, v. The Solvay Process Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Landers, as Administratrix, etc., Respondent, v. People's Gas and Electric Company of Oswego, N. Y., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, for the Appointment of Commissioners of Appraisal to Ascertain the Compensation to Be Paid to the Owners, etc., of Lands Claimed to Be Injured by Change of Grade of East Delavan Avenue, and Claimed to Be Owned by Frank V. E. Bardol and Others. (Proceeding No. 104.) — Motion granted, allowing claimant Barber Asphalt Company to add to the record on appeal certain resolutions of the common council of the city of Buffalo, as to Delavan avenue, and certificate of recording of same by the city clerk of Buffalo.

Bernard Schweid and Harry A. Schweid, Appellants, v. Julius S. Berkman, Respondent.— Orders entered, upon stipulations filed, substituting Max Schweid and Harry A. Schweid, as executors, etc., of Bernard Schweid, deceased, as parties plaintiff in place of said deceased, and also substituting Ralph H. Culley as attorney for the plaintiffs.